IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| ADRIAN K. THOMAS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:19cv436-MHT |
| | ) | (WO) |
| GOVERNOR, State of Alabama, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff filed this lawsuit contending his constitutional rights were violated in connection with the issuance of a warrant against him for child support. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed for failure to prosecute and to abide by court orders. There are no objections to the recommendation. After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 20th day of September, 2019.

                                      /s/ Myron H. Thompson
                                **UNITED STATES DISTRICT JUDGE**